■ ALBIN V. JAVARONE et al., Appellants, v JOHN SCIOLI et al., Respondents.—Order of the Supreme Court, Westchester County, entered January 15, 1985, affirmed, for reasons stated by Justice Buell at Special Term.

Order of the Supreme Court, Westchester County, dated May 7, 1985, affirmed, for reasons stated by Justice Owen at Special Term.

The defendants Frusen Gladje, Ltd., and F. G. Operating Corp. are awarded one bill of costs.

The defendants Fernando Maddock, Andres Pastrana and M&P Creative Sweets, Inc., are awarded one bill of costs. Gibbons, J. P., Eiber, Kunzeman and Kooper, JJ., concur.

■ NANCY JEFFREY, Respondent, v JACOBUS R. JEFFREY, JR., et al., Appellants.—In an action to set aside a deed to real property, the defendants appeal from a judgment of the Supreme Court, Kings County (Rigler, J.), dated November 24, 1984, which, *inter alia,* set aside and canceled a certain deed, after a nonjury trial.

Judgment affirmed, without costs or disbursements.

We find that the court properly denied the defendants' request for the disclosure of the plaintiff's welfare records. Since special circumstances were not present herein, the disclosure of the records was appropriately restricted *(see, Early v County of Nassau,* 98 AD2d 789; *Addie W. v Charles U.,* 44 AD2d 727).

We have considered the defendants' other contentions and find them to be without merit. Mollen, P. J., Lawrence, Kunzeman and Kooper, JJ., concur.

■ LAJOS LAUFER, Respondent, v BERNARD KOBROFF, Appellant, et al., Respondents.—Order of the Supreme Court, Kings County (Rader, J.), dated January 10, 1985, affirmed, with costs, for reasons stated in the report of Referee De Matteo. Bracken, J. P., Brown, Weinstein and Spatt, JJ., concur.

■ JOSEPH J. LIZEWSKI, Appellant, v ROBERT A. GRAEB et al., Respondents.—Order of the Supreme Court, Suffolk County, dated May 7, 1985, affirmed, with costs, for the reasons stated by Justice McCarthy at Special Term. Gibbons, J. P., Eiber, Kunzeman and Kooper, JJ., concur.